UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BADRAN HAMMAD, | ) |
| | ) |
| Plaintiff, | ) Case No. 8:21-cv-2297-VMC-CPT |
| | ) |
| v. | ) District Judge Covington |
| | ) Magistrate Judge Tuite |
| FEDEX CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

I, Shahram A. Eslami, declare and state as follows:

1.

I am over the age of majority, am mentally competent, suffer from no legal disability, and make this Declaration based on my personal knowledge.

2.

I give this Declaration voluntarily in support of Defendant FedEx Corporation's Motion to Dismiss. I testify that the matters set forth herein are true.

3.

I currently serve as a Staff Vice President for the Securities and Corporate Law group in the Legal Department for FedEx Corporation in Memphis, Tennessee. In that capacity, I am familiar with the corporate organization and history of FedEx Corporation and its subsidiaries, including FedEx Ground Package System, Inc. ("FedEx Ground"). I am also familiar with FedEx Corporation's required public filings with the United States Securities and Exchange Commission, including its 10-K Annual Report that was filed on July 19, 2021. Here is a link to the 10-K on the SEC's EDGAR website:

**EXHIBIT A**

https://www.sec.gov/ix?doc=/Archives/edgar/data/1048911/000156459021037031/fdx-10k_20210531.htm

4.

FedEx Corporation, with its principal place of business located at 942 South Shady Grove Road, Memphis, Tennessee 38120, was incorporated in the State of Delaware on October 2, 1997.

5.

FedEx Corporation is the publicly traded holding company for its subsidiaries that provide transportation, e-commerce and business services. FedEx Corporation provides strategic direction to its subsidiaries but does not exercise day-to-day control over the business operations of its subsidiaries, including FedEx Ground.

6.

FedEx Ground is a separate and distinct legal entity from FedEx Corporation. FedEx Ground provides small package ground delivery services throughout the United States and Canada, including through its Home Delivery service offering. FedEx Ground was incorporated in the State of Delaware on January 27, 1984.

7.

FedEx Corporation does not offer shipping services.

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON SEPTEMBER 29, 2021.

_____
SHAHRAM A. ESLAMI

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| BADRAN HAMMAD, ) | |
| ) | |
| Plaintiff, ) | Case No. 8:21-cv-2297-VMC-CPT |
| ) | |
| v. ) | District Judge Covington |
| ) | Magistrate Judge Tuite |
| FEDEX CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, Shahram A. Eslami, declare and state as follows:

1.

I am over the age of majority, am mentally competent, suffer from no legal disability, and make this Declaration based on my personal knowledge.

2.

I give this Declaration voluntarily in support of Defendant FedEx Corporation's Motion to Dismiss. I testify that the matters set forth herein are true.

3.

I currently serve as a Staff Vice President for the Securities and Corporate Law group in the Legal Department for FedEx Corporation in Memphis, Tennessee. In that capacity, I am familiar with the corporate organization and history of FedEx Corporation and its subsidiaries, including FedEx Ground Package System, Inc. ("FedEx Ground"). I am also familiar with FedEx Corporation's required public filings with the United States Securities and Exchange Commission, including its 10-K Annual Report that was filed on July 19, 2021. Here is a link to the 10-K on the SEC's EDGAR website:

https://www.sec.gov/ix?doc=/Archives/edgar/data/1048911/000156459021037031/fdx-10k_20210531.htm

4.

FedEx Corporation, with its principal place of business located at 942 South Shady Grove Road, Memphis, Tennessee 38120, was incorporated in the State of Delaware on October 2, 1997.

5.

FedEx Corporation is the publicly traded holding company for its subsidiaries that provide transportation, e-commerce and business services. FedEx Corporation provides strategic direction to its subsidiaries but does not exercise day-to-day control over the business operations of its subsidiaries, including FedEx Ground.

6.

FedEx Ground is a separate and distinct legal entity from FedEx Corporation. FedEx Ground provides small package ground delivery services throughout the United States and Canada, including through its Home Delivery service offering. FedEx Ground was incorporated in the State of Delaware on January 27, 1984.

7.

FedEx Corporation does not offer shipping services.

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON SEPTEMBER 29, 2021.

/s/ *Shahram A. Eslami*
SHAHRAM A. ESLAMI